

**Attorneys & Counselors at law**

LOUIS P. GIORDANO
CHARLES T. GLAWS
ERICA W. FENSTERMACHER

61 Broadway, Suite 2235
New York, New York 10006

_____

Telephone: (212) 269-2353
Facsimile: (212) 269-2354
E-Mail: info@g3law.com
www.g3law.com

MEMO ENDORSED

June 10, 2021

Hon. Nelson S. Román
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

The parties' request to adjourn the telephonic Case Management Conf. from June 11, 2021 until Sept. 9, 2021 at 10:00 am is granted. To access the AT&T teleconf., please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconf. as a guest. Clerk of Court requested to terminate the motion (doc. 69).
Dated: June 10, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

RE: **John Masullo v. Costco Wholesale Corporation**
Civil Action No.: 7:20-cv-04454-NSR

Your Honor:

      The undersigned represents defendant/third-party plaintiff Costco Wholesale Corporation in the above-captioned matter. Walter Ciacci, Esq. represents the plaintiff. Kunal Yadav, Esq. represents the third-party defendants.

      There is a case management conference in this matter scheduled for June 11, 2021. However, the Magistrate Judge assigned to this case, the Hon. Andrew E. Krause, recently extended the deadline for discovery in this matter to August 2, 2021.

      Based on the foregoing, the parties jointly request that the case management conference scheduled for June 11, 2021 be adjourned to August 19, 2021, August 20, 2021, or August 27, 2021.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2021

Respectfully submitted,
**GIORDANO, GLAWS & FENSTERMACHER, LLP**

*Jeffrey Nash*

By: Jeffrey Nash

JN/st
cc:    Della Mura & Ciacci LLP
        James G. Dibbini & Associates, P.C.